SAEED GHAFOORI
GISSOU BEYKPOUR GHAFOORI
11 Sky Road
Mill Valley, CA 94941
(415) 235-9009

In Pro Per

F I L E D

MAY 0 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SAEED GHAFOORI, an individual; and
GISSOU BEYKPOUR GHAFOORI,

　　　　Plaintiffs,

　　vs.

BANK OF AMERICA HOME LOANS, a
business entity; BANK OF AMERICA,
N.A., SUCCESSOR BY MERGER TO
BANK OF AMERICA HOME LOAN
SERVICING, a business entity; BANK OF
NEW YORK MELLON, a business entity;
CWALT, INC., a business entity;
MORTGAGE ELECTRONIC
REGISTRATION ("MERS"), a business
entity; and DOES 1 through 20, inclusive,

　　　　Defendants.

CASE NO.: CV26-02105 - VC

NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE ACTION
WITHOUT PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(i)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs **Saeed Ghafoori** and **Gissou Beykpour Ghafoori**, appearing **in propria persona**, hereby voluntarily dismiss this entire action, without prejudice, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(i)**.

This Notice is filed before service by any defendant of either an answer or a motion for summary judgment. Accordingly, dismissal is effective upon the filing of this Notice and does not require a court order.

Unless otherwise stated, this dismissal is without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2026

Saeed Ghafoori
In Pro Per

Dated: May 6, 2026

Gissou Beykpour Ghafoori
In Pro Per

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

On May 6, 2026 I served the foregoing document(s) described as NOTICE OF VOLUNTARY DISMISSAL OF CASE on parties in this Action:

[ ]    **(BY MAIL, STATE OR FEDERAL)** I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to that practice, the above-referenced document(s) would be deposited with the United States Postal Service, First Class, Postage Prepaid, in the ordinary course of business, on this date. The above-referenced document(s) were sealed and placed for collection and mailing with this office's First Class, Postage Prepaid Mail on this date, at my above address in accordance with ordinary office practice.

[X]    **VIA ELECTRONIC TRANSMISSION:** Complying with an agreement with all parties, I caused the Document(s) to be sent to the person(s) at the e-mail address(es) listed on the attached service list. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic service address is: kazarian@DavidovichLaw.com. A copy of the sent e-mail will be maintained with the original document(s) in our office. (Code of Civil Procedure §1010.6 and California Rules of Court, Rule 2.251.)

AUSTIN B. KENNEY (State Bar No. 242277)
austin.kenney@stinson.com
19100 Von Karman Avenue, Suite 700
Irvine, California 92612

JOEL C. SPANN (State Bar No. 277615)
joel.spann@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105

[X]    **VIA ELECTRONIC FILING SERVICE:** Complying with Code of Civil Procedure §1010.6, and I caused such document(s) to be electronically served through the Phoenix Legal Solutions system for the above-entitled case to those parties on the attached Service List

[ X](State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ](Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2026 Lancaster, California.

*Bruce Hadley*
Bruce Hadley